IN THE UNITED STATES DISTRICT COURT
STATE OF MISSOURI
EASTERN DISTRICT, NORTHERN DIVISION

STATE OF MISSOURI,           )
    Plaintiff,              ) Cause Number: _____
v.                           ) (To Be Assigned)
Jermaine C. Pate,            ) underlying Cause number:
    Defendant.              ) 13SL-CR01396; 13SL-CR01396-01

Defendant's Verified Notice Of Removal
(28 U.S.C.S. §1455)

COMES NOW DEFENDANT, Jermaine C. Pate, pro se litigant in my individual Capacity (sui juris/in propia persona). Defendant hereby seeks to remove the state criminal action brought on February 14th of 2013, in the State of Missouri, Court of St. Louis, County. Pursuant to the provision of 1455 of Title 28 of the United States Code, I remove this action to the United States District Court for the Eastern District of Missouri, Northern Division, which is the judicial district and division in the action is pending.

Mandatory Judicial Notice: I assert that good cause exist for removal in that there is not a final judgment entered as my pro se motion for new trial filed on May 12, 2014 was never ruled on resulting in

1

a non-final judgment of conviction and a premature execution of sentence.

Claim for Relief: Removal of action is proper under Section 1455 of Title 28 of the United States Code because this action was instituted using methods of racial discrimination by public officials as well as judicial bias.

Defendant hereby relies on the attachments annexed hereto as evidence of uncontroverted facts in support of claim(s) of racial discrimination and judicial bias.

WHEREFORE, Defendant request immediate relief pursuant to 28 U.S.C.S. §1455.

VERIFICATION

I hereby declare under pains of penalty of perjury that the above facts are true and correct.

Dated: December 17, 2024.

/s/ [signature]

2

Respectfully Submitted,

*[signature]*

Jermaine C. Pate
Pro se litigant
Moberly Correctional Center
5201 South Morley Street
Moberly, Missouri 65270

Certificate of Service: I hereby certify that a true and correct copy of the above and foregoing was sent to all parties all on this 20th day of December of 2024.

*[signature]*
Defendant

Request to proceed in forma pauperis

I hereby request that I be allowed to proceed in forma pauperis based upon the accompanying certified copy of account statement.

*[signature]*
Defendant/Applicant

3